MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RODNEY C. VILLAZOR (NYBN 4003596)
Assistant United States Attorney

  1301 Clay Street, Suite 340-S
Oakland, CA 94612
Telephone: (510) 637-3689
Fax: (510) 637-3724
E-mail: rodney.villazor@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR13-0315-YGR-2<br>No. <s>13-70301-02 MAG</s> |
| Plaintiff, | STIPULATED MOTION AND [<s>PROPOSED</s>] ORDER CONTINUING PRELIMINARY HEARING OR ARRAIGNMENT DATE AND WAIVING TIME UNDER SPEEDY TRIAL ACT TO MAY 23, 2013 at 9:30 a.m. |
| vs. | |
| SAMANTHA E. LEWIS, | |
| Defendants. | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order pursuant to Federal Rule of Criminal Procedure 5.1(d) continuing the arraignment or preliminary hearing date for Defendant Samantha E. Lewis to May 23, 2013 at 9:30 a.m. before the Honorable Kandis A. Westmore. Counsel for the defendant believes that postponing the arraignment or preliminary hearing is in his client's best interest. The parties agree that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension.

Defendant also agrees to toll and to waive for this period of time any time limits applicable under Title 18, United States Code, Section 3161. The parties agree and stipulate that defense counsel needs time to review discovery and that an exclusion of time under the Speedy Trial Act for effective preparation of counsel is warranted pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). Undersigned defense counsel represents that he has spoken with his client, and that Ms. Lewis agrees to the continuance and to time being tolled and waived as requested.

**IT IS SO STIPULATED**.

DATED: May 16, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

*/s/*
RODNEY C. VILLAZOR
Assistant United States Attorney

*/s/*
MARK ROSENBUSH
Attorney for Samantha E. Lewis

**IT IS SO ORDERED.**

DATED: 5/16/13

KANDIS A. WESTMORE
United States Magistrate Judge