1    MARK ROSENBUSH
     Attorney at Law, CSB 72436
2    214 Duboce Avenue
     San Francisco, CA 94103
3    Tel: (415) 861-3555
     Fax: (415) 255-8631
4
     Attorney for Defendant
5

6                      UNITED STATES DISTRICT COURT

7                     NORTHERN DISTRICT OF CALIFORNIA

8
     UNITED STATES OF AMERICA,              )      No.  CR 13-00315 CW
9                                           )
                    Plaintiff,              )
10                                          )      Stipulation and [Proposed]
                                            )      Order Continuing Appearance
11          vs.                             )      Date and Excluding Time
                                            )      Pursuant to 18 U.S.C. § 3161
12   SAMANTHA LEWIS                         )
                                            )
13                  Defendant.              )
                                            )
14   _____       )

15

16

17          Defendant SAMANTA LEWIS, represented by Mark Rosenbush, and the government,

18   represented by AUSA Rodney Villazor, appeared on September 16, 2013 for a change of plea.

19   The matter was continued to October 7 for change of plea, and the Court indicated that if there

20   is no plea agreement then the matter would be transferred back to Judge Gonzalez Rogers.

21   Defense counsel inadvertently agreed to set the matter on a date/time when he already had a

22   matter set (U.S. v. Livia Lill, CR 13-0448 TEH).

23          For that reason the parties agree and request that the October 7 appearance be taken off

24   calendar, and that the change of plea be calendared for October 21, 2013, on this Court's 2:30

25   calendar.   Additionally, the defense requests that the time from October 7 until October 21,

26   2013 be excluded for adequate preparation and continuity of counsel.  The government agrees to

27

28

                                                                                                  1

the requested exclusion of time.

MELINDA HAAG
United States Attorney

Dated: September 20, 2013                    _____/s/_____
                                             RODNEY VILLAZOR
                                             Assistant United States Attorney


Dated: September 20, 2013                    _____/s/_____
                                             MARKROSENBUSH
                                             Attorney for Defendant
                                             SAMANTHA LEWIS


[PROPOSED] ORDER

Based on defense counsel's unavailability, the stipulation of the parties above, and for adequate preparation and continuity of counsel, IT IS HEREBY ORDERED that the change of plea in this matter is continued to 2:30 p.m. on October 21, 2013. Furthermore, based on the representations of counsel and for good cause, the Court finds that failing to exclude time between October 7, 2013 and October 21, 2013 would unreasonably deny the defendant adequate preparation and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. §3161 (h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding time for this period outweigh the best interest of the public and the defendant in a speedy trial. Therefore IT IS HEREBY ORDERED that the time between October 7, 2013 and October 21, 2013 shall be excluded from the computation under the Speedy Trial Act, U.S.C. § 3161(h)(7)(A) and (B)(iv). If the parties wish, a guilty plea could be scheduled earlier before the duty magistrate judge in Oakland.

Dated: _9/24/2013_                           _____
                                             Hon. CLAUDIA WILKEN
                                             United States District Judge